**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Vong H.,

Petitioner,

v.

Markwayne Mullin, *in his capacity as Secretary of the United States Department of Homeland Security*; David J. Venturella, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; Todd Blanche, *in his official capacity as Acting Attorney General of the United States*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and Ryan Shea, *in his capacity as Sheriff of Freeborn County, Minnesota*,

Respondents.

Civ. No. 26-4129 (JWB/DJF)

**ORDER ON MOTION TO DISSOLVE ORDER**

---

Respondents move to dissolve the order precluding removal that was entered on September 24, 2026. (*See* Doc. No. 9.) That order was issued to preserve this Court's jurisdiction over the habeas petition by maintaining the status quo while the petition was pending.

Respondents represent that Petitioner's removal is now imminent because the Government has made the necessary travel arrangements. (*See* Doc. No. 10.) Accepting that representation as true, the September 24, 2026 order does not bar Respondents from executing a valid final order of removal. Because the relief Respondents seek is not prohibited by the existing order, there is no need to dissolve it.

Accordingly, the motion to dissolve (Doc. No. 9) is **DENIED**. For the sake of clarity, nothing in this Court's prior orders prohibits Respondents from executing a valid final order of removal. Further, this Order does not decide the validity of any final order of removal or limit Petitioner's ability to raise any challenge to that removal in the appropriate forum.

Date: October 15, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge