**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Vong H.,

Petitioner,

v.

Markwayne Mullin, *in his capacity as Secretary of the United States Department of Homeland Security*; David J. Venturella, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; Todd Blanche, *in his official capacity as Acting Attorney General of the United States*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and Ryan Shea, *in his capacity as Sheriff of Freeborn County, Minnesota*,

Respondents.

Civ. No. 26-4129 (JWB/DJF)

**ORDER ON PETITION FOR WRIT OF HABEAS CORPUS**

---

Cole Alexander Birkeland, Esq., and James H. Kaster, Esq., Nichols Kaster PLLP, counsel for Petitioner.

David W. Fuller, Esq., and Derek Ganzhorn, Esq., United States Attorney's Office, counsel for federal Respondents.

David John Walker, Esq., Freeborn County Attorney's Office, counsel for Respondent Ryan Shea.

---

Upon review of the initial filings and supplemental materials submitted in this matter, the record does not show by a preponderance that Respondents had not obtained a travel document for Petitioner Vong H.'s removal from the United States as represented in the Notice revoking his Order of Supervision in August 2026. Under the governing

regulation, Respondents may revoke release if, on account of changed circumstances, there is a significant likelihood of removal in the reasonably foreseeable future. 8 C.F.R. § 241.13(i)(2).

Despite expiration of the initial authorization, Respondents obtained another travel document and arranged for Petitioner's removal to Laos pursuant to his final removal order. The record does not show a failure to provide meaningful notice of revocation or a revocation that was based on an illusory or speculative likelihood of removal. The record does not otherwise show a defect in the timing of revocation or a failure to disclose the basis for it.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner Vong H.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 26, 2026
Time: 4:42 p.m.

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge